No. 93–9124. Taylor v. United States. C. A. 2d Cir. Certiorari denied.

No. 93–9127. Campbell v. Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 93–9138. Bosarge v. Department of Education et al. C. A. 11th Cir. Certiorari denied.

No. 93–9142. Glasgow v. United States. C. A. 4th Cir. Certiorari denied.

No. 93–9143. Joyner v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–9147. Logan v. United States. C. A. 6th Cir. Certiorari denied.

No. 93–9154. Hamilton v. United States. C. A. D. C. Cir. Certiorari denied.

No. 93–9168. Ospina v. United States. C. A. 6th Cir. Certiorari denied.

No. 93–9180. Dextras v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–9187. Klein v. United States. C. A. 8th Cir. Certiorari denied.

No. 93–9190. Parker v. United States. C. A. 7th Cir. Certiorari denied.

No. 93–9200. Delbridge et ux. v. New Jersey Division of Youth and Family Services et al. C. A. 3d Cir. Certiorari denied.

No. 93–9209. Tavarez v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–9210. Strope v. United States. C. A. 3d Cir. Certiorari denied.

No. 93–9211. Dickinson v. Gopalan et al. C. A. 9th Cir. Certiorari denied.

No. 93–9213. Chaves v. United States. C. A. 11th Cir. Certiorari denied.